# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMITRIUS M. McCLENDON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>W. GARDNER, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv–00239-LJO-BAM PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL (ECF No. 19)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |

　　　　Plaintiff Demitrius M. McClendon is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on May 5, 2010. On February 17, 2012, findings and recommendations issued recommending dismissing this action, with prejudice, for Plaintiff's failure to state a cognizable claim. (ECF No. 16.) After receiving a thirty day extension of time to file an objection, Plaintiff filed a notice of voluntary dismissal on April 16, 2012. (ECF No. 19.)

　　　　"[U]nder Rule 41(a)(1)(I), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (*quoting* Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. In this instance no defendant has been served and there has been no answer filed.

　　　　Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a). All pending motions are terminated.

　　　　IT IS SO ORDERED.

Dated:　　April 17, 2012　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE